BEFORE THE THIRD DIVISION, MARCH 6, 1961

**No. 65243.**—United China & Glass Co. v. United States, protests 60/19243–15818, etc. (New Orleans).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 C.C.P.A. 1, C.A.D. 719), the claim of the plaintiff was sustained.